

FILED
CLERK, U.S. DISTRICT COURT
10/24/19
CENTRAL DISTRICT OF CALIFORNIA
BY: KDI  DEPUTY

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Daniel Lopez  )  2:19-CV-06337-RSWL-KSx
        Plaintiff,  )
  v.  )
Jalal Abdulaziz Jaber., et al.  )  ORDER DISMISSING CASE
        Defendant.  )

On October 08, 2019, the Court ordered counsel to Show Cause why this action should not be dismissed for failure to file the proof of service of summons and complaint. To date, counsel has not complied with this order.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: October 24, 2019                          s/ RONALD S.W. LEW
                                                HONORABLE RONALD S. W. LEW
                                                U.S. District Judge